```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMEL SHULER,

                         Plaintiff,
                                                     No. 06-CV-792
              v.                                        (FJS/DRH)


QUINN, Sgt., Upstate Correctional
Facility; CAPTAIN BEZIO, Upstate
Correctional Facility; SUPT. WOODS,
Upstate Correctional Facility;
J. ARMSTRONG, Correctional Officer,
Upstate Correctional Facility;
GRIFFEN, Correctional Officer,
Upstate Correctional Facility; and
JOHN DOE, Correctional Officer,
Upstate Correctional Facility,

                         Defendants.
_____


APPEARANCES:                            OF COUNSEL:


JAMEL SHULER
Plaintiff Pro Se
98-a-1916
Shawangunk Correctional Facility
Post Office Box 700
Wallkill, New York   12589


HON. ANDREW M. CUOMO                    JEFFREY P. MANS, ESQ.
Attorney General for the                Assistant Attorney General
  State of New York
Department of Law
The Capitol
Albany, New York   12224
```

**FREDERICK J. SCULLIN, JR., S.J.**

**DECISION AND ORDER**

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed October 17, and the Court having reviewed the Report-Recommendation and the entire file in this matter, including plaintiff's written request to withdraw and discontinue this action sworn to before a Notary Public on October 9, 2007 and filed October 12, 2007,(see Dkt. No. 30), and defendants' agreement to that request, accordingly, the Court hereby

**ORDERS**, that the Report-Recommendation of Magistrate Judge David R. Homer filed October 17, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein; and the Court further

**ORDERS**, that pursuant to Fed. R. Civ. P.41(a)(1)(ii), this case is **DISMISSED** in its entirety in accordance with the stipulation of the parties.

**IT IS SO ORDERED.**

DATED: November 8, 2007
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge